UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LICENSING MATTERS GLOBAL, LIMITED,

                           Plaintiffs,                         21-cv-08983 (PKC)

       -against-

                                               ORDER
BUZZFEED, INC.,

                         Defendants.
------------------------------------------------------------------x

CASTEL, U.S.D.J.

       The limited subject matter jurisdiction of a district court is best addressed at the outset of a case.  It falls upon the Court to raise issues of subject matter jurisdiction sua sponte.

       The Complaint asserts that this Court has subject matter jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332.  The Complaint alleges that plaintiff is organized under the laws of Hong Kong but fails to allege plaintiff's principal place of business. Under 28 U.S.C. 1332(c)(1) "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. . . ."

       Within 14 days, plaintiff shall file an amended complaint setting forth its principal place of business or, failing that, the action will be dismissed for want of subject matter jurisdiction.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        January 25, 2022